AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JACIE MARIE FAIRALL | ) | Case No. 3:24CR6-1 |
| | ) | |
| 11632221 | ) | |
| 2487-0118-0288-J | ) | |
| *Defendant* | ) | |

**RECEIVED** By PTaylor at 11:19 am, Jan 18, 2024

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JACIE MARIE FAIRALL    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC 922(a)(6) False Statement During Purchase of a Firearm

Date:    01/17/2024

*Issuing officer's signature*

City and state:   Martinsburg, WV

Robert W. Trumble, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/18/2024 , and the person was arrested on *(date)* 2/2/2024
at *(city and state)* Bedford, PA .

Date:   2/5/2024

*Arresting officer's signature*

For: ATF  Timothy Writt Deputy US Marshal
*Printed name and title*

---

**Arrested by Bedford Police on this warrant only.**